UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELIZABETH A. LUMPKIN,           )
                                )
    Plaintiff,                  )
                                )
v.                              )    Case No. CV408-245
                                )
GEORGE S. MAY                   )
INTERNATIONAL COMPANY,          )
                                )
    Defendant.                  )

## REPORT AND RECOMMENDATION

Plaintiff Elizabeth A. Lumpkin filed this Title VII case on December 10, 2008, doc. 1, but has since abandoned any effort to litigate it. She has failed, for example, to serve the defendant within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directed her to show cause why it should not dismiss her case for violating Rule 4(m). Doc. 3 It gave her 20 days to do so. *Id.* She has not responded. Accordingly, the Court should **DISMISS** her case **WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this  8th  day of May, 2009.

/s/ G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA